UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICKIE M. STRINGER,

            Plaintiff,

-against-

SIMON & SCHUSTER, INC.,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2025

1:25-cv-0670 MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

Plaintiff, proceeding *pro se*, initiated this case by filing a complaint in January 2025 [ECF No. 1]. Yesterday, June 12, 2025, she filed a motion for a temporary restraining order ("TRO") [ECF No. 24]. IT IS HEREBY ORDERED that Defendant shall file any opposition to the motion for a TRO by noon on June 17, 2025. The Court strongly encourages Plaintiff to consent to receive electronic notice of filings.

The Clerk of Court respectfully is requested to mail this Order to Plaintiff.

**SO ORDERED.**

**Date: June 13, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**