UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

VICKIE M. STRINGER,

   Plaintiff,

   -against-

SIMON & SCHUSTER, INC.,

   Defendant.

Case No. 1:25-cv-00670 (MKV)

PLAINTIFF'S LETTER MOTION REQUESTING REMOTE APPEARANCE

Hon. Mary Kay Vyskocil

United States District Judge

Southern District of New York

Thurgood Marshall U.S. Courthouse

500 Pearl Street, Courtroom 18C

New York, NY 10007

Dear Judge Vyskocil:

Pursuant to Section 3(B) of Your Honor's Individual Rules and Practices in Civil Cases, I respectfully submit this

letter motion to request permission to appear remotely at the upcoming hearing scheduled in the above-captioned case.

1. The hearing is scheduled for Wednesday, July 16, 2025 at 2:30 PM ET in Courtroom 18C.

2. This is my first request to appear remotely or otherwise modify the hearing arrangement.

3. Counsel for Defendant has advised that they do not oppose this request.

4. I reside in Columbus, Ohio, and due to the financial and logistical burden of last-minute travel, I respectfully request

to appear by Zoom, Microsoft Teams, or another method preferred by the Court.

I am proceeding pro se and remain committed to full participation and compliance with the Court's orders. I appreciate

the Court's consideration of this request.

Respectfully submitted,

/s/ Vickie M. Stringer

Vickie M. Stringer

3124 Genevieve Drive

Columbus, OH 43219

vickiemstringer@gmail.com

Pro Se Plaintiff