# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKIE M. STRINGER, | Plaintiff, |
| v. | |
| SIMON & SCHUSTER, INC., | Defendant. |
| Case No.: 1:25-cv-00670 (MKV) | |



### NOTICE OF MANUAL FILING

Pursuant to the Court's Individual Practices and due to file size limitations on the Electronic Case Filing (ECF) system, Plaintiff Vickie M. Stringer respectfully notifies the Court and all parties that she is submitting Exhibits A–B in support of her First Amended Complaint (ECF No. 25) in physical form by overnight delivery.

These exhibits are part of the full set of documents referenced in the complaint and supplement Plaintiff's electronically filed Exhibits C–E, which were submitted today via ECF.

The physical filing includes:
- Cover Sheet identifying the submission,
- Clearly labeled Exhibits A and B,
- A courtesy copy for chambers.

Respectfully submitted,

/s/ Vickie M. Stringer
Pro Se Plaintiff
vickiemstringer@gmail.com
(614) 961-5117
July 9, 2025