USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICKIE M. STRINGER,

        Plaintiff,

-against-

SIMON & SCHUSTER, INC.,

        Defendant.

1:25-cv-0670 MKV

SCHEDULING ORDER & ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the Plaintiff's request for leave to file a motion for "Temporary Preservation/Status-Quo Relief" which the Court construes as a request for leave to file a motion for a temporary restraining order. [ECF No. 65]. Defendant has filed no response. Plaintiff has also filed "Third Amended Complaint" on July 28, 2025. [ECF No. 64]. Defendant has failed to answer or otherwise respond within fourteen days as required by the Court's July 25, 2025 Scheduling Order. [ECF No. 62].

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file a Temporary Restraining Order is GRANTED. Plaintiff shall file her motion for a Temporary Restraining Order on or before Monday, August 18, 2025. Defendant shall file its response on or before Thursday, August 21, 2025.

    IT IS FURTHER ORDERED that on or before Monday, August 18, 2025, Defendant shall show cause why it failed to follow this Court's order and respond to Plaintiff's Amended Complaint within fourteen days of its filing.

    **The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations may result in**

**sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court respectfully is requested to terminate the letter motion pending at docket entry 65.

**SO ORDERED.**

Date: 8/12/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge