USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/3/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICKIE M. STRINGER,

          Plaintiff,

-against-

SIMON & SCHUSTER, INC.,

          Defendant.

1:25-cv-0670 MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's pre-motion letter regarding his contemplated motion to dismiss Plaintiff's Trademark Infringement claims and Plaintiff's response. [ECF Nos. 85, 86]. Having reviewed both, the Court concludes that a pre-motion conference is not necessary in this case. Defendant's request to file a motion to dismiss Plaintiff's Trademark Infringement claims is GRANTED. However, for the sake of judicial efficiency, if and when Defendant moves to dismiss, it shall file a new operative motion to dismiss all claims, including the Trademark Infringement claims as well as the claims to which Defendant moved to dismiss in its prior motion to dismiss at docket entry number 68. Accordingly, if and when Plaintiff files such a motion to dismiss, it will moot and supersede the pending motion to dismiss at docket entry number 68. The Court also *sua sponte* grants Plaintiff leave to amend the operative complaint before any such motion is filed.

Accordingly, IT IS HEREBY ORDERED that, if Plaintiff wishes to amend, she must file a further amended complaint by **October 24, 2025**. **Plaintiff is on notice that this will be her last opportunity to amend the complaint to cure any deficiency identified in the pre-motion letter at docket entry number 85, and failure to file an amended complaint by the deadline will be considered a waiver of the opportunity to do so.**

IT IS FURTHER ORDERED that, if Plaintiff files an amended complaint, Defendant must respond by November 7, 2025.  If Defendant responds with a motion to dismiss, **Plaintiff must file an opposition by December 8, 2025.**  The Court is setting a long deadline for Plaintiff's opposition because she is *pro se*.  **Plaintiff is on notice that if she fails to oppose the motion to dismiss by the deadline, this case may be dismissed with prejudice for failure to prosecute.** Thereafter, any reply by Defendant will due December 15, 2025.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint, Defendant shall file its motion to dismiss by October 24, 2025.  **Plaintiff must file an opposition by November 24, 2025.**  As noted above, failure to file a timely opposition may result in dismissal for failure to prosecute.  Thereafter, any reply by Defendant will due November 2, 2025.

IT IS FURTHER ORDERED that the Defendant's motion to dismiss at docket entry number 68 is DENIED as moot without prejudice to Defendant's filing of one operative motion to dismiss all claims.

IT IS FURTHER ORDERED that Plaintiff's request for a sur-reply to the previously filed motion to dismiss at docket entry number 77 is also DENIED as moot.

Any request for an extension must be filed on ECF at least 48 hours before the deadline.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court respectfully is requested to terminate the motions pending at docket entry 68, 77, and 85.

**SO ORDERED.**

**Date:  October 3, 2025**
**      New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**