USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICKIE M. STRINGER,

Plaintiff,

-against-

SIMON & SCHUSTER, INC.,

Defendant.

1:25-cv-0670 MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On September 28, 2026, the Court scheduled an Initial Pretrial Conference ("IPTC") for November 10, 2026 at 2:00PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. [ECF No. 100]. On October 27, 2026, Plaintiff filed an unopposed letter motion seeking to continue the IPTC given an "unavoidable scheduling conflict" arising from a "bankruptcy adversary proceeding." [ECF No. 108]. The Court granted that request on November 2, 2028, and adjourned the IPTC hearing to November 17, 2026 at 2:00PM. [ECF No. 111]. On November 10, 2026, the Parties filed a joint letter and proposed case management plan, in line with the Court's individual rules. [ECF No. 112].

On November 17, 2026, less than an hour before the scheduled IPTC hearing, the Court was informed by the SDNY *Pro Se* Office that Plaintiff had contacted them to state that (1) she was currently out of state and (2) would be unable to attend the 2:00PM hearing. Plaintiff did not file any letter of explanation detailing why she would be missing this long-scheduled hearing and the Court notes that Plaintiff violated Individual Rule 2(g) which requires that "[i]f the request is for an adjournment of a court appearance, absent an emergency, the request shall be made at least 48 hours prior to the scheduled appearance." The Court acted as quickly as possible to adjourn the hearing and inform Defendant. [ECF No. 113]. Defendant's counsel informed the Court that

they were already at the courtroom and had traveled in from Florida for the scheduled IPTC hearing.

IT IS HEREBY ORDERED that Plaintiff shall file a letter on or before November 20, 2026 explaining why she failed to appear for the previously scheduled IPTC hearing and why she did not give either the Court or Defendant sufficient advance notice of her inability to attend.

IT IS FURTHER ORDERED that the previously scheduled IPTC will be rescheduled for **December 1, 2026 at 10:00AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.** In light of the adjournment, the Parties are FURTHER ORDERED to submit an updated Proposed Case Management Plan, Scheduling Order, and joint letter as dictated by ECF No. 100 at least a week in advance of the hearing.

**SO ORDERED.**

Mary Kay Vyskocil

**Date: November 17, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**